UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MACK PERRY,

Plaintiff,

Case No. 3:26-cv-54

vs.

CITY OF DAYTON, *et al.*,

Defendants.

District Judge Michael J. Newman
Magistrate Judge Chelsey M. Vascura

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 3); (2) DISMISSING THIS CASE WITH PREJUDICE IN ITS ENTIRETY; (3) CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH; (4) DENYING PLAINTIFF LEAVE TO APPEAL *IN FORMA PAUPERIS*; AND (5) TERMINATING THIS CASE ON THE DOCKET**

---

Plaintiff Mack Perry brings this case *pro se*[1] against multiple Defendants including the City of Dayton, Ohio; the Dayton Police Department; the City of Trotwood, Ohio; the Trotwood Police Department; Detective Karina Sulek; the Montgomery County Prosecutor's Office; Attorney Lucas W. Wilder; Assistant Prosecutor Whitney Crim; and John/Jane Doe Officers 1–5. Doc. No 1-1. On March 26, 2026, Magistrate Judge Chelsey Vascura, to whom this case was referred pursuant to 28 U.S.C. § 636(b), granted Plaintiff's application to proceed *in forma pauperis* ("IFP") (Doc. No. 3), and Plaintiff's complaint was docketed (Doc. No. 2). In the same order, Judge Vascura issued a Report and Recommendation ("R&R") in which she recommended the Court dismiss this case. Doc. No. 3. Plaintiff filed an objection to the R&R, along with an amended complaint. Doc. No. 4. Upon careful review of the foregoing, the Court determines that the R&R is well-reasoned and should be

[1] As with all *pro se* litigants, Plaintiff's documents and allegations are liberally construed in his favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).

adopted. *See Rhines v. Weber*, 544 U.S. 269 (2005). The Court further finds that the amended complaint does not cure the defects identified in the R&R. *Compare* Doc. No. 2 *with* Doc. No. 4.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge and **DISMISSES** this case **WITH PREJUDICE**. Additionally, pursuant to 28 U.S.C. § 1915(a), the Court **CERTIFIES** that an appeal would not be taken in good faith and accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*. This case is hereby **TERMINATED** on the docket.

**IT IS SO ORDERED.**

October 23, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge